RECEIVED
FEB - 9 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SANDY DUBOIS, ET AL | CIVIL ACTION NO. 14-CV-2396 |
| VERSUS | JUDGE DOHERTY |
| CETCO ENERGY SERVICES, CO. LLC | MAGISTRATE JUDGE HANNA |

## *JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections from the parties, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, the Motion to Dismiss per Rule 12(b)(6) by Defendant Richard Melancon[Rec. Doc. 9] is GRANTED, and the claims of the plaintiff against the defendant Richard Melancon are hereby DISMISSED, with prejudice, leaving for trial Plaintiff's claims against other defendants.

Signed at Lafayette, ~~Louisiana this~~ 9 day of ~~January~~ February, 20~~1~~4.

Rebecca F. Doherty
United States District Judge